UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARTHA MARLENYS ANASZCO
DE LOS SANTOS, et al.,

                    **Plaintiffs,**                    24-CV-9751 (JHR) (VF)

        **-against-**                                    **ORDER**

**HABEBE FASHION, INC., et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      This case was referred to the undersigned for general pretrial supervision. Counsel for the parties were directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure and submit a proposed case management plan by April 25, 2025. ECF No. 21. That date has now passed, and the parties have not filed a proposed case management plan. Accordingly, the parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **May 13, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **May 13, 2025**. The letter shall be filed via ECF.

              **SO ORDERED.**

DATED:     New York, New York
              April 29, 2025

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025