# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
————

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

February 9, 2026

**VIA ECF**
Hon Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:        **Anazco de Los Santos et al v. Habebe Fashion, Inc. et al**
           **Case No.: 24-cv-09751**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. We write to request an order compelling Defendants to provide discovery responses immediately. Plaintiff's discovery demands were served on September 25, 2025. This office has sent several emails requesting that these responses be provided. On January 14, 2026, Defendants' counsel requested for two weeks to provide responses. This date has since passed, and now we are requesting that this Court order that Defendants provide their discovery responses by February 10, 2026. Moreover, this office has emailed Defendants' counsel regarding deposing the Defendants on February 18, 2026, or February 19, 2026, but have not received a response. While the undersigned has called Defendants' counsel's office this morning, he has not picked up, nor have Defendants responded to this office's email request for a meet and conferral which was sent last week. Therefore we are requesting that this Court order that Defendants be produced for deposition on either February 18, 2026 or February 19, 2026, given that the discovery deadline is February 20, 2026.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: February 10, 2026**

Plaintiff's request is GRANTED. Defendants are ordered to provide their discovery responses by **February 10, 2026**, and Defendants are ordered to be produced for deposition by **February 19, 2026**. The Clerk of the Court is respectfully directed to close the motion at ECF No. 38.