**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARTHA MARLENYS ANASZCO
DE LOS SANTOS, et al.,

                              Plaintiffs,                  **24-CV-9751 (JHR) (VF)**

            -against-                             **ORDER**


HABEBE FASHION, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On February 12, 2026, Plaintiffs filed a motion to compel Defendants' response to certain discovery requests. See ECF No. 40. Defendants filed a response the same day. See ECF No. 41. For the reasons discussed herein, the motion is **GRANTED** in part and **DENIED** in part.

As it concerns Plaintiffs' Document Request No. 15 and Interrogatory Nos. 7, 9, and 14, the motion to compel is **GRANTED**. Specifically for Interrogatory Nos. 7 and 9, information regarding supervision of employment and compensation is relevant for FLSA actions. See, e.g., Pagan v. C.I. Lobster Corp., No. 20-CV-07349 (ALC) (SDA), 2021 WL 4239200, at *4 (S.D.N.Y. Sept. 17, 2021) (granting motion to compel "Plaintiffs' interrogatories which seek the identities of persons with had the authority to hire and fire and persons who created, implemented or have unique knowledge regarding Defendants' time keeping practices, payroll and payroll practices" because the "individuals are persons with knowledge of information relevant to the subject matter of the action and, as such, the interrogatories are proper under Local Civil Rule 33.3(a)"); Murrell v. Pro Custom Solar LLC, No. 19-CV-2656 (KAM) (CLP),

2021 WL 12151177, at *5 (E.D.N.Y. Dec. 6, 2021) (granting motion to compel response to interrogatory where "plaintiffs have asked [defendant] to identify the individuals who supervised plaintiffs and to provide the dates during which each identified person was responsible for supervision"). By close of business tomorrow, **February 18, 2026**, Defendants must produce the documents responsive to Document Request No. 15 and provide responses to Interrogatory Nos. 7, 9, and 14.

As it concerns Plaintiffs' Interrogatories Nos. 11 and 12, Plaintiffs' motion to compel is **DENIED** as the interrogatories are improper.

The Clerk of the Court is respectfully directed to close the motion at ECF No. 40.

**SO ORDERED.**

DATED:    New York, New York
          February 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge