60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

**MEMO ENDORSED**

~~Valerie Figueredo signature~~

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: March 3, 2026**

Plaintiff's extension request and request to compel an affidavit is **DENIED**. Defendants' counsel represents that they are "not in possession of said documents and/or records." ECF No. 46. If necessary, Plaintiff may request certification from Defendants pursuant to Rule 26(g). Defendants' request to move for summary judgment by **April 15, 2026** is **GRANTED**. The Clerk of the Court is respectfully directed to close the motion at ECF No. 45.

**VIA ECF**
Hon Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     **Anazco de Los Santos et al v. Habebe Fashion, Inc. et al**
        **Case No.: 24-cv-09751**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. We write to inform the Court of a discovery dispute between the parties. During Defendants' deposition, we became aware that the store had an alarm system that the owner would turn off and on. Defendant Jihad Igbara claimed not to know the name of the alarm system during his deposition. On February 19, 2026, the undersigned emailed Defendants' counsel requesting records from the security system reflecting when the alarm was turned on and off, as this would be relevant towards the operating hours of the store, as Defendant Igbara testified during his deposition that the operating hours of the store and the security system remained the same throughout. On February 27, 2026, a business day before the expiration of the discovery deadline, Defendants' counsel informed the undersigned that the Defendants did not possess the records. Today, when the undersigned had a telephone call with Defendants' counsel inquiring as to the name of the security system, and whether Defendant Igbara could provide an affidavit attesting to the nonexistence of these records, Defendants refused to provide either of these. Accordingly, we are requesting that this Court extend the discovery deadline, from March 2, 2026 to March 9, 2026, and compelling the Defendants to provide the name of the security system at issue, and to provide an affidavit attesting that Defendants are not in possession, custody, or control of the security system records requested. Defendants do not consent to this discovery extension.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun

*Certified as a minority-owned business in the State of New York*

March 2, 2026
Page 2