# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

April 10, 2026

**VIA ECF**
Hon Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     **Anazco de Los Santos et al v. Habebe Fashion, Inc. et al
Case No.: 24-cv-09751**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. The parties jointly request that the deadline for the parties to file their respective motions for summary judgment, which is currently April 15, 2026, be extended to April 29, 2026. The reason for this request is that the parties are engaging in settlement discussions. This is the first time that the parties are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: April 13, 2026**

The extension request is GRANTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 50.

*Certified as a minority-owned business in the State of New York*