# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                     Facsimile: (212) 317-1620
_____

May 1, 2026

**VIA ECF**
Hon Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:        **Anazco de Los Santos et al v. Habebe Fashion, Inc. et al**
           **Case No.: 24-cv-09751**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. With the consent of Defendants, we request that the deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment be extended by 30 days from May 13, 2026, until June 12, 2026. As a matter of courtesy, on behalf of Defendants, we also request that Defendants' deadline to file a reply be extended to July 3, 2026

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Robert Jun
Robert Jun

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
                    **Dated: May 4, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 55.