60 E. 42nd Street, Suite 4510
New York, New York 10165

_____

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: June 12, 2026**

The extension request is GRANTED. Defendants'
deadline to file a reply is also extended by 31 days,
to **August 31, 2026**. If Defendants need additional
time to file a reply, Defendants should so request in
light of the two extensions received by Plaintiff.
The Clerk of Court is respectfully directed to close
the motion at ECF No. 57.

**VIA ECF**
Hon Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:       **Anazco de Los Santos et al v. Habebe Fashion, Inc. et al**
          **Case No.: 24-cv-09751**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. We write to request that

the deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment be

extended by 31 days from June 12, 2026, until July 13, 2026. Defendants do not consent to this

request. This is the second time the undersigned is requesting this extension. The reason for this

request is that last week, the undersigned suffered a serious back injury, and was out of commission

for approximately a week, which left a backlog of work. Accordingly, the undersigned needs

additional time to oppose Defendants' motion for summary judgment.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun

*Certified as a minority-owned business in the State of New York*