MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2026

Plaintiff's request is DENIED. This is Plaintiff's third request for an extension and Plaintiff does not provide any explanation for why additional time is needed. The Clerk of Court is respectfully directed to close the motion at ECF No. 59.

60 E. 42nd Street, Suite 4510
New York, New York 10165

**VIA ECF**
Hon Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Anazco de Los Santos et al v. Habebe Fashion, Inc. et al**
**Case No.: 24-cv-09751**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. We write to request that the deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment be extended by 30 days from July 13, 2026, until August 12, 2026. Defendants have not responded to our request for consent. This is the third time the undersigned is requesting this extension. The reason for this request is that the undersigned needs additional time to prepare an opposition to Defendants' motion for summary judgment.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun