60 E. 42nd Street, Suite 4510
New York, New York 10165

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: July 13, 2026**

Plaintiff's opposition is due **July 27, 2026**. No further extensions will be granted. The Clerk of Court is respectfully directed to close the motion at ECF No. 61.

**VIA ECF**
Hon Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** **Anazco de Los Santos et al v. Habebe Fashion, Inc. et al**
**Case No.: 24-cv-09751**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. We write to provide an explanation as to why the undersigned needs additional time in support of our request for an extension of the deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment to be extended by 30 days from July 13, 2026, until August 12, 2026. The undersigned has had numerous depositions, mediations, and settlement conferences during the month of June and July, that has been time consuming. Many of the depositions are a result of the discovery deadline expiring around a similar time period. Furthermore, the undersigned has had to assist with Mr. Faillace's cases as necessary. Today the undersigned had two in-person settlement conferences on separate matters with Judge Cho in the Eastern District of New York. Because of this packed schedule, the undersigned did not have sufficient time to prepare the opposition.

Furthermore, the undersigned needs additional time to communicate with the Plaintiff in order to prepare her affidavit in opposition, and because the Plaintiff doesn't speak English, and

the undersigned doesn't speak Spanish, we need additional time to prepare her affidavit, and to respond to the statement of material facts with the assistance of an interpreter.

Defendants have still not responded to our request for consent. Defendants' counsel has previously represented that they would provide courtesy extensions as necessary. This is the fourth time the undersigned is requesting this extension.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun